FILED
JUL 10 2006
U.S. COURT OF FEDERAL CLAIMS

Run Date: 06/19/06 at 3:29 PM Event Listing Page 1

Case Number BCA 5296 KEITH E. DOHSE
Date Filed: 09/13/2005

06-508 C

Original Judge: Norman Menegat
Panel: James Cohen
David Brochstein

Statute:39 CFR 955, BCA 5296

Contract #: HCR 69362
Project: Highway Contract Route, Gordon, NE
Termination for Default
Contracting officer's final decision ltr. of 8/12/05.

KEITH E DOHSE Appellant's counsel:
HOWARD N EPSTEIN - ACTIVE

------------- Chronological List of Events -------------

03/06/2006 Joint Staus Report
Event Synopsis:
...The US Court of Federal Claims has granted the parties joint motion to transfer this appeal to the Court of Federal Claims...order attached...

02/07/2006 Order (BCA)
Event Synopsis:
Respondent has advised that the parties have jointly requested the Court of Federal Claims to transfer this appeal to the Court and consolidate it with a related case now pending in the Court. Accordingly, further proceedings before the Board are suspended. The parties are to advise the Board promptly of action by the Court on their request and to file a status report 60 days after receipt of this Order.

02/06/2006 Joint Motion To Transfer and Consolidate
Event Synopsis:
...parties wish to transfer and consolidate this appeal to the US Court Federal Claims...sighed by both parties...

12/01/2005 Order And Memorandum Of Telephone Conference (BCA)
Event Synopsis:
On November 30, 2005, the Board held a telecon...to discuss Respondent's recently filed Motion to Dismiss in Part and Motion for More Definite Statement...it was determined that the Board will not rule on Respondent's motions at this time...the Board would not be authorized to consider Appellant's monetary claims...and it was agreed that proceedings would be suspended to allow Appellant an opportunity to submit his monetary claims to the contracting officer and for the contracting officer to consider them...appellant filed a petition in the U.S.Court of Federal Claims challenging Respondent's denial of Appellant's access to the mail... the Court partially granted Respondent's summary judgment motion and dismissed Appellant's claim for the cost of hiring a driver...the Court denied summary judgment on Appellant's claim for equitable relief...the parties agreed to consider a consolidation...appellant has sought certain relief in his Complaint that the Board is not authorized to provide...further proceedings are suspended for 60 days to allow Appellant an opportunity to submit its monetary claims to the contracting officer and for the parties to explore the possibility of consolidation of this appeal and the matter before the Court of Federal Claims...the parties are also encouraged to discuss settlement..on or about

February 6, 2006, Respondent is to file a status report.

_/17/2005 Respondent's Answer filed

11/17/2005 Respondent's Motion
Event Synopsis:
Motion For A More Definite Statement--respondent requests that the Board order appellant to provide a more definite statement of the portions of the complaint identified...

11/17/2005 Respondent's Motion to Dismiss In Part
Event Synopsis:
Respondent moves to dismiss portions of Appellant's complaint for lack of subject matter jurisdiction...respondent requests oral argument on this motion...attachments from U.S. District Court for the District of Nebraska...

10/24/2005 Receipt re: Answer Due Date
Event Synopsis:
...Complaint received on October 19, 2005...Answer due on November 18, 2005...

10/20/2005 Notice of Service
Event Synopsis:
...Notice of Service of Complaint...

10/17/2005 Complaint filed/Notice of Appearance
Event Synopsis:
...includes 4 sections...please enter Howard N. Epstein and Marks Clare & Richards, L.L.C...

10/07/2005 Notice of Filing of Appeal File
Event Synopsis:
Appeal File attached--tabs 1-11...

9/28/2005 Respondent's Notice of Appearance
Event Synopsis:
Notice of Appearance: Stephen D. Lobaugh...

09/13/2005 Notice of Docketing & Complaint Due (Regular BCA)
Event Synopsis:
Under the Board's Rules of Practice, a complaint is to be filed by the Appellant within 30 days after receipt of this notice of docketing, or on or about October 17, 2005.

09/13/2005 APPEAL FILED