# In the United States Court of Federal Claims

**NOTICE**

**KEITH DOHSE,**

**No. 06-508 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., July 10, 2006**

To Attorney of Record, Assistant Attorney General and Judge Lawrence M. Baskir, Judge Robert H. Hodges, Jr.:

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the Postal Service Board of Contract Appeals, No. 5296, consisting of one bound volume.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**S/Brian Bishop**
**Clerk of Court**