# In the United States Court of Federal Claims

Case No. 06-508C
(Filed: July 24, 2006)

****************************************************
KEITH DOHSE, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

At Judge Lynn J. Bush's request and pursuant to her Order of February 2, 2006, in *Keith Dohse*, Case No. 04-984C, the Clerk of the Court is directed to reassign the above-captioned case to Judge Bush.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge