# In the United States Court of Federal Claims

No. 06-508 C

(Filed August 1, 2006)

* * * * * * * * * * * * * * * * * * * * * *
KEITH DOHSE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

This case (*Dohse II*) was transferred from the Postal Service Board of Contract Appeals (PSBCA) and filed in this court on July 10, 2006. The transfer was ordered on February 2, 2006 by the undersigned, in *Dohse v. United States*, No. 04-984 C (*Dohse I*). The court acknowledges that a regrettable number of administrative delays have occurred, likely causing the parties both inconvenience and confusion. This order clarifies and amends the schedule of proceedings in *Dohse II*. A similar order is filed on this date in *Dohse I*.

Before the court can consolidate *Dohse I* and *Dohse II*, as requested by the parties, plaintiff must file, pursuant to Rule 3.1 of the Rules of the United States Court of Federal Claims (RCFC), a transfer complaint or an amended complaint in *Dohse II*. Plaintiff may choose to re-caption his PSBCA complaint and file this transfer complaint in *Dohse II*. RCFC 3.1(a)(2). Or, plaintiff may choose to amend his PSBCA complaint and file this amended complaint, in lieu of a transfer complaint, in *Dohse II*. *Id.* Once the court has reviewed the transfer complaint or the amended complaint in *Dohse II*, the court anticipates granting the parties' joint motion, filed January 31, 2006 in *Dohse I*, to consolidate *Dohse I* and *Dohse II*.

The docket for *Dohse II* currently shows the due date for plaintiff's filing of

the transfer complaint or amended complaint as August 7, 2006. Because plaintiff has perhaps been distracted by the administrative delays affecting the transfer and assignment of *Dohse II* to the undersigned, the court extends plaintiff's deadline for filing the transfer complaint or amended complaint to August 15, 2006. Of course, plaintiff may file its transfer complaint or amended complaint before that deadline.

Additionally, the parties shall propose to the court a schedule for the efficient disposition of the consolidated claims of plaintiff in *Dohse I* and *Dohse II*. This schedule shall include the parties' preferences for the timing of defendant's answer to the transfer complaint or amended complaint filed in *Dohse II*, as well as any dispositive motions anticipated by the parties, and shall address the items normally required by RCFC Appendix A(III)(4) to be included in a joint preliminary status report. The parties' joint status report shall be filed on or before August 29, 2006 in *Dohse I*. This report shall also specifically address developments in any related litigation or Postal Service appeal procedures.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiff shall **FILE** his transfer complaint or amended complaint in the subject matter on or before August 15, 2006; and

(2) The parties shall **CONFER** and **FILE** in *Dohse v. United States*, No. 04-984 C, a **Joint Status Report**, on or before August 29, 2006, proposing a schedule for further proceedings in cases Nos. 04-984 C and 06-508 C, and reporting on any related litigation or appeals.

s/Lynn J. Bush
LYNN J. BUSH
Judge