# In the United States Court of Federal Claims

**No. 06-508**

**NOTICE OF REASSIGNMENT TO:**

**Judge Lynn J. Bush**

**KEITH DOHSE**

**v.**

**THE UNITED STATES**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop

Brian Bishop, Clerk