**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KEITH DOHSE, | ) | CASE NOS. 04-984C & 06-508C |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | (Judge Bush) |

**PLAINTIFF'S MOTION FOR LEAVE TO EXTEND PLAINTIFF'S DEADLINE FOR FILING A TRANSFER COMPLAINT OR AN AMENDED COMPLAINT UNTIL AUGUST 25, 2006**

Plaintiff Keith Dohse moves this Court to enter an Order granting leave to Plaintiff to extend Plaintiff's deadline for filing a transfer complaint or an amended complaint until August 25, 2006, and in support thereof, Plaintiff states:

1. Case No. 06-508C (Dohse II) was transferred from the Postal Service Board of Contract Appeals and filed with this Court on July 10, 2006. Transfer had been ordered on February 2, 2006, by Judge Lynn J. Bush in companion Case No. 04-984C (Dohse I).

2. Pursuant to Rule 3.1 of the Rules of the United States Court of Federal Claims, before the Court can consolidate Dohse I and Dohse II, as requested by both Plaintiff and Defendant, Plaintiff must file a transfer complaint or an amended complaint in Dohse II.

3. Pursuant to the Court's August 1, 2006, Scheduling Order, Plaintiff was ordered to file his transfer or amended complaint in the above-referenced subject matter on or before August 15, 2006.

4. Plaintiff's counsel encountered unexpected delays in filing the transferred or amended complaint due to a death in his family.

5. Because of the unanticipated and unexpected delays, Plaintiff requests leave from the Court to extend Plaintiff's deadline for filing a transfer complaint or an amended complaint until August 25, 2006.

6. Plaintiff's counsel has consulted with Defendant's counsel, Stephen Lobaugh, and Defendant's counsel has no objection to this Motion or to the Court granting an extension of Plaintiff's deadline as requested.

7. An extension of Plaintiff's deadline for filing a transfer or an amended complaint until August 25, 2006, will not prejudice either party and should be granted.

WHEREFORE, Plaintiff Keith Dohse respectfully prays that this Court enter an Order granting Plaintiff leave to extend Plaintiff's deadline for filing a transfer complaint or an amended complaint until August 25, 2006.

Dated this 18th day of August, 2006.

Respectfully submitted,

KEITH DOHSE, Plaintiff,

By: /s/ Howard N. Epstein

Howard N. Epstein, #21173
MARKS CLARE & RICHARDS, L.L.C.
11605 Miracle Hills Drive, Suite 300
P.O. Box 542005
Omaha, NE 68154-8005
(402) 492-9800
(402) 492-9336 (Fax)
hepstein@mcrlawyers.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the United States Court of Federal Claims using the CM/ECF system which sent notification of such filing to the following:

STEPHEN D. LOBAUGH
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127

/s/ Howard N. Epstein
Howard N. Epstein

Y:\WDOX\CLIENTS\16138\000\plea\EA4223.DOC