# In the United States Court of Federal Claims

No. 06-508 C

(Filed August 21, 2006)

* * * * * * * * * * * * * * * * * * * * * *
KEITH DOHSE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 18, 2006, plaintiff filed a motion for an enlargement of time for the filing of plaintiff's transfer complaint or amended complaint in the subject matter. Plaintiff has indicated that defendant does not oppose plaintiff's motion. The court grants the enlargement requested.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiff's Motion for Leave to Extend Plaintiff's Deadline for Filing a Transfer Complaint or an Amended Complaint until August 25, 2006 is **GRANTED**; and

(2) Plaintiff shall **FILE** a **Transfer Complaint or an Amended Complaint** in the subject matter on or before **August 25, 2006**.

s/Lynn J. Bush
LYNN J. BUSH
Judge