# In the United States Court of Federal Claims

Nos. 04-984 C & 06-508 C

(Filed August 30, 2006)

* * * * * * * * * * * * * * * * * * * * * *
KEITH DOHSE, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The court grants the parties' joint motion, filed January 31, 2006, and consolidates *Dohse v. United States*, No. 06-508 C, into *Dohse v. United States*, No. 04-984 C. *Dohse v. United States*, No. 04-984 C, shall be the lead case, and all future filings shall docketed only in *Dohse v. United States*, No. 04-984 C.

Accordingly, it is hereby **ORDERED** that:

(1) The Clerk shall **CONSOLIDATE** *Dohse v. United States*, No. 06-508 C, into *Dohse v. United States*, No. 04-984 C; and

(2) The current **STAY** in subject matter shall continue pending further order of the court.

s/Lynn J. Bush
LYNN J. BUSH
Judge